# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **FILED UNDER SEAL** |
| | ) | |
| Plaintiff, | ) | CR. NO. 1:20-cr-10048-STA |
| | ) | |
| v. | ) | |
| | ) | |
| **JUSTIN COFFMAN,** | ) | |
| | ) | |
| Defendant. | ) | |

___

## MOTION TO SEAL COMPLAINT
___

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, Hillary Lawler Parham, and moves this Honorable Court to seal the Complaint in the above styled case until such time as is ordered by the Court.

    Respectfully submitted,

    D. MICHAEL DUNAVANT
    United States Attorney


By:    s/Hillary Lawler Parham
       HILLARY LAWLER PARHAM (#25520)
       Assistant U.S. Attorney
       109 S. Highland Avenue, Suite 300
       Jackson, TN 38301
       (731)422-6220
       Hillary.Parham@usdoj.gov