AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

FILED BY
SEP 10 2020
Thomas M. Gould, Clerk
U.S. District Court
W.D. OF TN, Jackson

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   1:20-cr-10048-STA |
| JUSTIN COFFMAN | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  06/02/2020  in the county of  Madison  in the  Western  District of  Tennessee , the defendant violated   18   U. S. C. §  922g(3)  , an offense described as follows:

Felon in possession of a firearm, in violation of 21 U.S.C. Section 922g(3).

This criminal complaint is based on these facts:

See attachment A, an affidavit of Ashley Robertson, Task Force Officer with Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) incorporated herein as set forth fully.

☑ Continued on the attached sheet.

*Ashley Robertson*
Complainant's signature

TFO Ashley Robertson, ATF/E
Printed name and title

Sworn to before me and signed in my presence.

Date:   9-10-2020

s/Jon A. York
Judge's signature

City and state:   Jackson, Tennessee

Hon. Jon A. York, U.S. Magistrate Judge
Printed name and title