# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:20-cr-10048-STA |
| ) | |
| v. ) | |
| ) | |
| JUSTIN COFFMAN, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO UNSEAL COMPLAINT

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, Hillary L. Parham, and would respectfully move this Honorable Court to unseal the Complaint in the instant matter.

WHEREFORE, counsel for the United States respectfully moves this Honorable Court to unseal the Complaint.

Respectfully submitted,

D. MICHAEL DUNAVANT
United States Attorney

By:   s/Hillary Lawler Parham
HILLARY LAWLER PARHAM (#25520)
Assistant U.S. Attorney
109 S. Highland Avenue, Suite 300
Jackson, TN 38301
(731)422-6220
Hillary.Parham@usdoj.gov