# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **CR. No. 1:20-CR-10048** |
| ) | |
| **JUSTIN COFFMAN** ) | |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **JUSTIN COFFMAN,** (DOB 08/24/1991) now being detained at the Madison County Jail, Jackson, Tennessee, appear before United States Magistrate Judge Jon A. York, October 27, 2020, at 1:15 PM for the purpose of an initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 26th day of October, 2020.

        s/Hillary L. Parham
        HILLARY L. PARHAM
        Assistant U.S. Attorney
        109 S. Highland Avenue, Suite 300
        Jackson, TN 38301
        (731)422-6220
        Hillary.Parham@usdoj.gov

Upon consideration of the foregoing Application, Tyreece Miller, U.S. Marshal, Western District of Tennessee, Memphis, TN, and the Madison County Jail, Jackson, Tennessee:

YOU ARE HEREBY COMMANDED to have **JUSTIN COFFMAN** appear before United States Magistrate Judge Jon A. York at the date and time aforementioned.

ENTERED this 26th day of October, 2020.

        **s/Jon A. York**
        UNITED STATES MAGISTRATE JUDGE