# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA,**

vs

**JUSTIN COFFMAN,**                           Case No.    1:20-CR-10048-1-STA

### ORDER APPOINTING COUNSEL
### PURSUANT TO THE CRIMINAL
### JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel.  Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

Attorney Alexander D. Camp, who is a member of the Criminal Justice Act Panel for the Western District of Tennessee, is appointed as counsel for the defendant.

**DONE** and **ORDERED** October 27, 2020.

s/ Jon A. York
UNITED STATES MAGISTRATE JUDGE

1