AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
| V. | |
| JUSTIN COFFMAN | Case Number: 1:20-cr-10048-STA |

| PRESIDING JUDGE<br>Jon A. York | PLAINTIFF'S ATTORNEY<br>Hillary Parham | DEFENDANT'S ATTORNEY<br>Alex Camp |
|---|---|---|
| TRIAL DATE (S)<br>10/30/2020 | COURT REPORTER<br>FTR | COURTROOM DEPUTY<br>A. Shulman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/30/2020 | Yes | Yes | Facebook post |
| 2 | | 10/30/2020 | Yes | Yes | Facebook post |
| W | | 10/30/2020 | | | Josh Lunn, ATF SA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of     1     Pages