# AFFIDAVIT FOR SEARCH WARRANT
STATE OF TENNESSEE
MADISON COUNTY
PAGE 1 OF 5

      **Personally appeared before me,** Major Phillip Kemper, **who makes oath that he has probable cause for believing and does believe that** Justin Wade Coffman (W/M, D. O. B. ▇▇▇ A.K.A. Robert Catesby) **is in possession of the following described property to-wit:** Illegal explosive devices, hoax devices, flammable or combustible materials for use in the construction of explosive or incendiary devices, explosive containers, detonation devices or materials used in the construction a fuse or lighting process, construction materials for hoax devices, records, ledgers, written or digital documents related to the purchase and or construction of prohibited explosive, incendiary, or hoax devices as well as computers, cellphones, or other digital media storage devices in which such documentation could be stored **contrary to the Laws of the State of Tennessee, upon the following described property, to-wit:** ▇▇▇ Whitehall Street Lot # 4 Jackson, Tn. 38301 and any vehicles, garages, sheds, and outbuildings on said property. ▇▇▇ Whitehall Street Lot # 4 is a singlewide mobile home located in the Parkway Village trailer park. Parkway Village trailer park is located on Whitehall Street between Dr. F.E. Wright Drive and North Parkway in Jackson Tennessee. The entrance to the complex is marked by a large sign on the west side of Whitehall Street which is green in color with white lettering and numbering and the words Parkway Village as well as ▇▇▇ Whitehall St. on it making it plainly identifiable. ▇▇▇ Whitehall Street Lot # 4 is further located on the second driveway to the left after turning into the complex from Whitehall Street. ▇▇▇ Whitehall Street Lot # 4 is the second mobile home on the right side of the drive which is a dead-end. The mobile home located at ▇▇▇ Whitehall Lot # 4 is readily identifiable and marked by having a black number 4 on a white background affixed to the left side of the front door which is located near the center of the mobile home and faces the east. There is also a white square with a black 4 painted on the curb in front of the mobile home. The mobile home is further described as being a single family dwelling made of sheet metal construction which is light grayish in color and having a dark bluish sheet metal underpinning that wraps around the lower portion of the mobile home. The roof is made of sheet metal which is silver in color. The front door to the residence is located near the center of the structure and is bluish gray in color. This address has been confirmed through utilities with Jackson Energy Authority. ▇▇▇ Whitehall Street Lot # 4 is situated in the City of Jackson, and Madison County Tennessee **and his reason for such belief and the probable cause for such belief are that the Affiant has:** been involved in an investigation which began on May 28th 2020 by the Jackson police Department into pictures posted to Facebook suggesting an improvised explosive incendiary type device (commonly referred to as a Molotov cocktail) being deployed in the City of Jackson. The pictures were discovered on May 28th 2020 by Jackson Patrol Officer Hannah Wright.

Initials Affiant _PLK_              Initials Judge _RBMQ_

Officer Wright observed the pictures after they had been posted on the page known as The Gunpowder Plot as well as the page of a person identifying himself as Justin Coffman. Officer Wright passed the pictures on to her supervisor, Sergeant Aubrey Richardson, who then sent them out in an "officer safety" email to all Jackson Police Department officers in order for all to be aware of the potential danger associated with the threat to public safety in our city indicated in the Facebook post. The Facebook pictures referenced in this affidavit are attached as Exhibit A. Upon further investigation by the department's Criminal Investigations Division, Justin Wade Coffman (W/M, D. O. B. ▇▇▇▇▇ A.K.A. Robert Catesby) was positively identified as the person holding the improvised incendiary device in the pictures posted to the Facebook pages.

During the investigation at approximately 10:55 am on May 29th 2020, Lieutenant Chris Chestnut spoke to Jeff Stevens, who is the owner of Tattoo Station located at 115 E. Lafayette St. in Jackson, regarding Justin Coffman. Mr. Stevens stated that Justin Coffman was an acquaintance of his and has frequented the business. Mr. Stevens stated that Justin Coffman is friends with one of his employees, Scott Futrell. Lieutenant Chestnut asked Mr. Stevens if he could contact Justin Coffman and have him call Lieutenant Chestnut. At 1:15 pm on Friday May 29th 2020, Lieutenant Chestnut received a call from 731-616-6906. The caller verbally identified himself as Justin Coffman. The caller stated that he was in fact the person in the photograph on his Facebook page holding a "Molotov Cocktail". The caller stated that the bottle contained apple juice and that the photograph had been taken previously to be used in support of his musical band.

On the afternoon of Sunday May 31st 2020, while providing for public safety during citizen lead protest event in the area of the Old Hickory Mall, Metro Narcotics Investigator Robert Pomoroy visually observed a white male subject riding a one wheeled skateboard type apparatus at the event wearing the same clothing as was in the pictures previously disturbed by Sergeant Richardson and immediately recognized the jacket. The protest location changed from the Old Hickory Mall area to the downtown Jackson area near City Hall and the Madison County Courthouse at approximately 6:30 pm. While on foot patrol in that downtown area, Sergeant Tommy Ferguson observed the white male subject riding the one wheeled apparatus and also recognized the clothing from the pictures previously distributed by Sergeant Richardson and in particularly the appearance of neo-Nazi / white supremacist type symbols on the jacket worn by the subject. Major Phillip Kemper heard the radio transmissions of Investigator Pomeroy and Sergeant Ferguson as to the description of the subject and visually observed Justin Wade Coffman, who was wearing the jacket seen in the Facebook photo's, get into the driver's seat of a

Initials Affiant PLK                                      Initials Judge RBMG

maroon Nissan Altima bearing Tennessee license plate 5R2-3H3, which had been parked on East Baltimore Street, and drive away. The vehicle bearing Tennessee license plate 5R2-3H3 is registered to Justin Coffman at ▮Whitehall Lot # 4 Jackson, TN 38031. On the morning of June 1st 2020, Major Kemper observed a photographed in an online news article posted by the Jackson Sun in which there was a picture of a white male wearing the clothing in which Justin wade Coffman had been observed in at the protest event on the day prior. The Jackson Sun photograph referenced in this affidavit is attached as Exhibit B. The name associated with the photograph in the Jackson Sun was Robert Catesby. While continuing the investigation into the names Justin Coffman and Robert Catesby, Jackson Police Department Criminal Intelligence Analyst Sarah Webb advised Major Kemper the 17th century historical figure known as Robert Catesby was known as a co-conspirator in a plan to blow up the king of England. Based on the investigation, it appears Justin Wade Coffman uses the name Robert Catesby and The Gunpowder Plot as well as the visual pictures of improvised explosive incendiary devices as symbolism in his threatening Facebook post of impending criminal arson. At approximately 3:50 pm on Monday June 1st 2020, Major Kemper observed the maroon Nissan Altima bearing Tennessee license plate 5R2-3H3 parked in front of the mobile home located at ▮Whitehall Street Lot # 4 and again at approximately 7:45 pm as well. A records check of Justin Wade Coffman's Tennessee driver's license shows the address listed as ▮Whitehall Street Lot # 4 Jackson, TN 38301. A records check of Justin Wade Coffman's criminal history shows multiple misdemeanor arrest for alcohol and traffic related offenses.

    This Affiant began his career with the Jackson Police Department as a patrol officer in March 2004. He has served on the departments Honor Guard and as a member of the S.W.A.T. unit from 2005-2007. The Affiant was assigned fulltime as an investigator on the Gang Enforcement Team in 2006. After being assigned to the Gang Enforcement Team he attended numerous schools and training seminars pertaining to Organized Crime, Criminal Street Gangs, Firearms and Narcotic Enforcement and Investigations. He has personally led and participated in hundreds of State and Federal investigations involving gangs, drugs, guns, and violent crimes. He has been a Task Force Officer with the U.S. Marshals Service Gulf Coast Regional Fugitive Task Force, and from May 2008 through May 2012, was a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). From 2014 until 2017, the Affiant was assigned as the POST certified "General Departmental Instructor" for the Jackson Police Department and was responsible for all aspects of training at the department. On August 24th 2018, the Affiant was assigned as the Commander of Police Investigative Services and now supervises the Special Operations and Criminal Investigative Divisions

Initials Affiant _PLK_          Initials Judge _[signature]_

The Affiant served on the Board of Directors for the Tennessee Gang Investigators Association as Vice President for the West Tennessee Region from 2013 to 2018. The Affiant is a graduate of the 276th Session of the FBI's National Academy of the department.

Based on this investigation into the Facebook posting of Justin Wade Coffman as well as the Affiants training and experience it appears there is cause to believe that Justin Wade Coffman is in possession of a hoax device or otherwise actual improvised explosive incendiary device in violation of T.C.A. 39-17-1302. **The Affiant therefore asks that a warrant be issued to search the residence to-wit:** ▇ Whitehall Street Lot # 4 Jackson, Tn. 38301 and any vehicles, garages, sheds, and outbuildings on said property. ▇ Whitehall Street Lot # 4 is a singlewide mobile home located in the Parkway Village trailer park. Parkway Village trailer park is located on Whitehall Street between Dr. F.E. Wright Drive and North Parkway in Jackson Tennessee. The entrance to the complex is marked by a large sign on the west side of Whitehall Street which is green in color with white lettering and numbering and the words Parkway Village as well as ▇ Whitehall St. on it making it plainly identifiable. ▇ Whitehall Street Lot # 4 is further located on the second driveway to the left after turning into the complex from Whitehall Street. ▇ Whitehall Street Lot # 4 is the second mobile home on the right side of the drive which is a dead-end. The mobile home located at ▇ Whitehall Lot # 4 is readily identifiable and marked by having a black number 4 on a white background affixed to the left side of the front door which is located near the center of the mobile home and faces the east. There is also a white square with a black 4 painted on the curb in front of the mobile home. The mobile home is further described as being a single family dwelling made of sheet metal construction which is light grayish in color and having a dark bluish sheet metal underpinning that wraps around the lower portion of the mobile home. The roof is made of sheet metal which is silver in color. The front door to the residence is located near the center of the structure and is bluish gray in color. This address has been confirmed through utilities with Jackson Energy Authority. ▇ Whitehall Street Lot # 4 is situated in the City of Jackson, and Madison County Tennessee.

Initials Affiant _PLC_    Initials Judge _BMG_

The **Affiant therefore asks that a warrant issue to search the premises herein described, either by day or by night where he believes said:** Illegal explosive devices, hoax devices, flammable or combustible materials for use in the construction of explosive or incendiary devices, explosive containers, detonation devices or materials used in the construction a fuse or lighting process, construction materials for hoax devices, records, ledgers, written or digital documents related to the purchase and or construction of prohibited explosive, incendiary, or hoax devices as well as computers, cellphones, or other digital media storage devices in which such documentation could be stored **contrary to the Laws of the State of Tennessee.**

_____
AFFIANT

Sworn to and subscribed before me, this 2nd day of June, 2020.

_____
JUDGE, CIRCUIT COURT
MADISON COUNTY, TENNESSEE



Justin Coffman
10 hrs · 🌐

🔥 🔥 🔥



The Gunpowder Plot
10 hrs · 🌐

Was saving these pictures but now seems like a good time.

"You will bathe in the flames born from your hatred"



👍❤ Will Burton and 13 others

👍 Like    💬 Comment    ↗ Share



Robert Catesby rides a onewheelie holding up a sign during the second day protest at Old Hickory Mall, in Jackson, Tenn., Sunday, May 31, 2020. Jackson protests the death of George Floyd, and many other prominent African Americans who were killed by police officers.
STEPHANIE AMADOR / THE JACKSON SUN

**STATE OF TENNESSEE**
**MADISON COUNTY**
**TO THE SHERIFF OR ANY LAWFUL OFFICER OF SAID COUNTY:**

Proof by affidavit having been made before me by Investigator Phillip Kemper, that there is probable cause for believing that the Laws of the State of Tennessee have been and are being violated by Justin Wade Coffman (W/M, D. O. B. ▮▮▮▮ A.K.A. Robert Catesby) by having in his possession: Illegal explosive devices, hoax devices, flammable or combustible materials for use in the construction of explosive or incendiary devices, explosive containers, detonation devices or materials used in the construction a fuse or lighting process, construction materials for hoax devices, records, ledgers, written or digital documents related to the purchase and or construction of prohibited explosive, incendiary, or hoax devices as well as computers, cellphones, or other digital media storage devices in which such documentation could be stored contrary to the Laws of the State of Tennessee, upon the following described property, to-wit: ▮▮▮ Whitehall Street Lot # 4 Jackson, Tn. 38301 and any vehicles, garages, sheds, and outbuildings on said property. ▮▮▮ Whitehall Street Lot # 4 is a singlewide mobile home located in the Parkway Village trailer park. Parkway Village trailer park is located on Whitehall Street between Dr. F.E. Wright Drive and North Parkway in Jackson Tennessee. The entrance to the complex is marked by a large sign on the west side of Whitehall Street which is green in color with white lettering and numbering and the words Parkway Village as well as ▮▮▮ Whitehall St. on it making it plainly identifiable. ▮▮▮ Whitehall Street Lot # 4 is further located on the second driveway to the left after turning into the complex from Whitehall Street. ▮▮▮ Whitehall Street Lot # 4 is the second mobile home on the right side of the drive which is a dead-end. The mobile home located at ▮▮▮ Whitehall Lot # 4 is readily identifiable and marked by having a black number 4 on a white background affixed to the left side of the front door which is located near the center of the mobile home and faces the east. There is also a white square with a black 4 painted on the curb in front of the mobile home. The mobile home is further described as being a single family dwelling made of sheet metal construction which is light grayish in color and having a dark bluish sheet metal underpinning that wraps around the lower portion of the mobile home. The roof is made of sheet metal which is silver in color. The front door to the residence is located near the center of the structure and is bluish gray in color. This address has been confirmed through utilities with Jackson Energy Authority. ▮▮▮ Whitehall Street Lot # 4 is situated in the City of Jackson, and Madison County Tennessee being the premises occupied by Justin Wade Coffman (W/M, D. O. B. ▮▮▮▮ A.K.A. Robert Catesby), situated in Jackson, Tennessee; you are therefore commanded to make immediate search for the person or premises herein above described for the following property: Illegal explosive devices, hoax devices, flammable or combustible materials for use in the construction of explosive or incendiary devices, explosive containers, detonation devices or materials used in the construction a fuse or lighting process, construction materials for hoax devices, records, ledgers, written or digital documents related to the purchase and or construction of prohibited explosive, incendiary, or hoax devices as well as computers, cellphones, or other digital media storage devices in which such documentation could be stored and if you find same, or any part thereof, to bring it forthwith before me at my office, in Jackson, of said County and State.

This 2nd day of June 2020,

_____
JUDGE, CIRCUIT COURT
MADISON COUNTY, TENNESSEE

# SEARCH WARRANT

**Official**

## STATE OF TENNESSEE

vs.

Justin Wade Coffman (WM, D.O.B ▮)
AKA Robert Calentby

Whitehall lot #4

Jackson, TN 38301

Delivered to Major Philip Kemper

for execution this 2nd day of June, 20 20, at 10:34 o'clock A. M.

*[signature]* Judge

## OFFICER'S RETURN

Came to hand same day issued. Executed as commanded by searching the within described premises and the defendant on this the 2nd day of June, 20 20 at 1720 hrs.

*Phillip L. K* Officer

By reason of such search I found the following described items:

- 3 laptop computers
- 2 handguns, 1 rifle & ammunition
- 5 cell phones
- Go-Pro Camera
- Misc. clothing and jewelry
- drug paraphernalia

Which were taken before the Judge of The Court of Madison County Tn.

This the 2nd day of June, 20 20

*Phillip L. K* Officer

## OFFICER'S RETURN

- 2 Xbox game consoles
- 1 Molotov cocktail bottle
- Hunting knife
- Cannon digital camera
- 2 Holsters
- Anarchy paraphernalia
- Marijuana

---

# Judgement on Search Warrant
## STATE OF TENNESSEE

vs.

Judgement that the items found under this warrant to be delivered to the Chief of Police Jackson, Tennessee.

This is the _____ day of _____, 20 ____.

_____ Judge

JPD Form #281

207780

KH12
→ black mask from suspect car

☆ (North BR)
- GoPro Hero   2nd drawer on dresser
- KH1 Marijuana   zip lock bag   "
- Samsung Tablet Mod# CE0168   "   "
- KH2 Camo Ski Mask   Top of dresser
- KH3 Grinder   "   "
- KH4 Face Mask   "   "
- 9mm pistol + ammo   "   SN T1102-13C01619
- KH5 Black Jacket w/ patches   floor North BR
- KH6 Bleached Jacket w/ patches   floor North BR
- 3 boxes 9mm ammo   closet floor
- AR-15 ,556   closet
- KH7 Holster   2nd drawer dresser
- Iphone 5   2nd drawer dresser — KH10
- KH8 Hunting knife   closet shelf   ※ Anarchy picture N wall
- KH9 2 Anti Nazi patches   floor   ※ KH11 Nazi Headband   dress drawer

☆ Middle BR (Green Room)
- KH13 misc patches   chest of drawers top drawer
- KH14 Molotov Cocktail   top of chest of drawers
- KH15 Ski mask   "   "
- 2 cellphones LG & Samsung   top chest of drawers
- KH16 2 green mask   on wall
- KH17 2 Jackets "Maga" – "Sorry we're dead"   on wall
- Xbox 1S w/ Controller   dresser – (North BR)

★ Mst BR
- Toshiba Laptop + charger — on bed
- KH18 holster — top dresser drawer
- White X Box 1s — TV Stand
- Gun Box (Sig) 1 loaded mag — under bed
- Sig 9mm loaded — top drawer dresser west wall
- KH19 Digital scale + pipe — top drawer dresser west wall
- Dig Camera "Cannon" — " "
- KH20 Marijuana sandwich bag — top night stand east wall
- KH21 grinder — " "
- KH22 Digital Scale — center 2nd drawer dresser N wall
- Samsung Note 5 — " "
- Samsung S-8 — computer desk east wall

★ LR
- KH23 Black Hat Burn to ground — Couch
- Acer laptop — " "
- HP laptop — " "