

**The Gunpowder Plot**
Thursday at 11:05 AM · 🌐

Was saving these pictures but now seems like a good time.

"You will bathe in the flames born from your hatred"



