# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:20-cr-10048-STA |
| JUSTIN COFFMAN, | ) |
| Defendant. | ) |

## MOTION TO DISMISS

**COMES NOW**, the United States of America, by and through Joseph C. Murphy, United States Attorney for the Western District of Tennessee and Hillary L. Parham, Assistant United States Attorney, and moves this Honorable Court to dismiss the above referenced case as a result of the Court's Order Granting Motion to Suppress Evidence in DE 30.

Respectfully submitted,

JOSEPH C. MURPHY
Acting United States Attorney

By:  s/Hillary L. Parham
HILLARY L. PARHAM; TN Bar No. 025520
Assistant United States Attorney
109 South Highland Avenue, Suite 300
Jackson, Tennessee 38301
(731) 422-6220
Hillary.Parham@usdoj.gov

# CERTIFICATE OF SERVICE

I, HILLARY L. PARHAM, do hereby certify that a true and exact copy of the foregoing motion has been electronically submitted to all counsel of record, this the 16th day of August, 2021.

                                          s/Hillary L. Parham
                                          HILLARY L. PARHAM
                                          Assistant United States Attorney